UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| DOUGLAS M. VANVLEET, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | Case No. 1:14CV00376 |
| UNITED STATES OF AMERICA, | ) ) ) |  |
| Defendant. | ) ) ) |  |

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on Plaintiff's Motion [Doc. #6], which appears to be a supplement to his Complaint raising additional challenges to the conditions of his confinement. However, Plaintiff still has not paid the filing fee or submitted an application to proceed *in forma pauperis*, he has not submitted the proper forms, he has not named proper defendants, and he continues to challenge events occurring in the Eastern District of North Carolina, where he is housed. Therefore, for the same reasons set out in the previous Recommendation [Doc. #3] in this case, this Court recommends that the Motion be denied without prejudice to Plaintiff raising his claims on the proper forms in the proper district.

IT IS THEREFORE RECOMMENDED that Plaintiff's Motion [Doc. #6] be denied without prejudice to Plaintiff raising his claims on the proper forms in the proper district.

This, the 3rd day of July, 2014.

/s/ Joi Elizabeth Peake
United States Magistrate Judge