IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DOUGLAS M. VANVLEET,            )
                               )
            Plaintiff,         )
                               )
      v.                       )          1:14CV376
                               )
UNITED STATES OF AMERICA,      )
                               )
            Defendant.         )

ORDER

On June 11 and July 3, 2014, the United States Magistrate Judge's Recommendations were filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections [Doc. #5] within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendations [Doc. #3, #7], which are affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's Supplemental Motion [Doc. #6] is DENIED, and this action is DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms and in the proper district, which corrects the defects cited in the Recommendations.

This, the 7th day of August, 2014.

United States District Judge